# Court of Appeals
# of the State of Georgia

ATLANTA,   October 09, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0131. CHARLES HENRY WATKINS v. YVETTE VILLARREAL, et al.

After the magistrate court entered a judgment against him, Charles Henry Watkins appealed to the state court. The state court, too, entered a judgment against Watkins, in the amount of $2,985 plus court costs. Watkins then filed a direct appeal to this Court. We lack jurisdiction.

Because the state court's order disposed of a de novo appeal from a magistrate court decision, Watkins was required to follow the discretionary appeal procedure set forth in OCGA § 5-6-35 (b). See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). In addition, an application for discretionary appeal is also required for appeals from a judgment of less than $10,000 in an action for damages. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Watkins has failed to follow the discretionary appeal procedure. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/09/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*